377 A.2d 180

Commonwealth v. Martin, Appellant.

Submitted April 12, 1976. Samuel F. Rizzo, for appellant; William K. Eckel, Assistant District Attorney, and Caram J. Abood, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

377 A.2d 180

Commonwealth v. Marvin, Appellant.

Argued June 21, 1976. Gene E. Goldenziel, Assistant Public Defender, for appellant; Edward P. Little, Jr., District Attorney, submitted a brief for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated. This case is remanded to the lower court and appellant is given leave to file a petition to withdraw his guilty pleas, *nunc pro tunc*. *Commonwealth v. Lee*, 460 Pa. 324, 333 A.2d 749 (1975); *Commonwealth v. Roberts*, 237 Pa.Superior Ct. 336, 352 A.2d 140 (1975).

JACOBS, J., did not participate in the consideration or decision of this case.